**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Roy Michael Duchene,**                                   Civil No. 07-3953 (MJD/SRN)

      **Petitioner,**

      v.                                                **O R D E R**

**Joan Fabian, Lori Swanson, and David Crist,**

      **Respondents.**

---

    Roy Michael Duchene, Minnesota Correctional Facility, Lino Lakes, Minnesota 55014, pro se.

    Kimberly Parker and Peter Marker, Office of the Minnesota Attorney General, 445 Minnesota Street, St. Paul, Minnesota 55101, for Respondents.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson.  No objections to the Report and Recommendation were filed within the requisite time period.  Petitioner filed a Motion to Withdraw the Petition for Writ of Habeas Corpus [Doc. #10]. This motion is **MOOT**. Accordingly, **IT IS HEREBY ORDERED** that:

    1.    Petitioner's Application for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;

    2.    Respondents' Motion to Dismiss (Doc. No. 5) is **GRANTED**;

    3.    Petitioner's Motion to Dismiss Respondents' Answer and Motion to Dismiss (Doc. No. 7) is **DENIED**; and

    4.    This action is **DISMISSED WITH PREJUDICE**.

Dated: April 4, 2008

                                            s/Michael J. Davis
                                            MICHAEL J. DAVIS
                                            United States District Judge